CHAISE R. BIVIN (State Bar No. 204944)
crb@severson.com
DAVID J. REED (State Bar No. 206338)
djr@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK J. KENNEY (State Bar No. 87345)
mjk@severson.com
PATRICIA L. MCCLARAN (State Bar No. 95754)
plm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| VIDAL A. RENDON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRYWIDE HOME LOANS, DOES 1 to 50,<br><br>　　　　Defendants. | Case No.: 09-CV-01584-LJO (DLB)<br>Hon. Lawrence J. O'Neill<br>Courtroom 4<br><br>**ORDER EXPUNGING NOTICE OF PENDING ACTION**<br><br>[No hearing requested]<br><br>Complaint filed: May 4, 2009 |

11952/0210/760454.1

[Proposed] Order Expunging Notice of Pending Action
Case No. 09-CV-01584-LJO (DLB)

The Court, having dismissed this action (which originally was filed in the Superior Court of the State of California for the County of Tulare and docketed therein as case number 09-232580), and having ordered entry of judgment on September 23, 2009, hereby makes the following Order:

IT IS HEREBY ORDERED that the Notice of Pendency of Action (Lis Pendens) recorded on or about June 9, 2009 in the Official Records of the County of Tulare, State of California, as Instrument No. 2009-0035744, is hereby expunged.

**IT IS SO ORDERED.**

DATED: September 28, 2009        /s/ Lawrence J. O'Neill
                                 The Honorable Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE